# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: _16 4042_ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Stephanie M. Munoz | : | ORDER OF RELEASE |

The Court orders the defendant, _Stephanie Munoz_, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _4-21-16_

_Stephanie Munoz_
DEFENDANT

DATE _2_ / _18_ / _2016_

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE _2/18/6_

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_Leslie Richards_
U.S. PRETRIAL SERVICES OFFICER